# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 14-18727-AMC

LORRAINE GAMBLE

226 N. 64TH STREET

PHILADELPHIA, PA 19139

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  LORRAINE GAMBLE

  226 N. 64TH STREET

  PHILADELPHIA, PA 19139

Counsel for debtor(s), by electronic notice only.

  IRWIN LEE TRAUSS
  718 ARCH ST
  SUITE 300 N
  PHILADELPHIA, PA 19106-

Date: 2/16/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee