```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania

In re:                                                                  Case No. 14-18727-amc
Lorraine Gamble                                                         Chapter 13
        Debtor                      CERTIFICATE OF NOTICE

District/off: 0313-2           User: John                Page 1 of 3                Date Rcvd: Aug 17, 2017
                               Form ID: 138NEW           Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
db            +Lorraine Gamble,    226 N. 64th Street,    Philadelphia, PA 19139-1001
cr            +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
               Harrisburg, PA 17102-2305
13433616     #+Aaron Rents,    1015 Cobb Place Blvd NW,    Kennesaw, Georgia 30144-3672
13433619     +Balanced Heathcare Receivables, LLC,    141 Burke Street,    Nashua, New Hampshire 03060-4757
13416041     +Bureau of Account Managment,    Bureau of Account,    3607 Roesmont,    Camp Hill, PA 17011-6943
13433620     +Bureau of Account Managment,    Bureau of Account,    3607 Rosemont,    Camp Hill, PA 17011-6943
13433622     +City of Philadelphia,    Dept. of Water Revenue, Bankruptcy Depar,     P.O. Box 41496,
               Philadelphia, Pennsylvania 19101-1496
13416043     +City of Philadelphia,    Dept. of Water Revenue, Bankruptcy Dept,     P.O. Box 41496,
               Philadelphia, PA 19101-1496
13416046     +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
13433626     +Commonwealth of Pennsylvania,    1550 Garrett Road,    Upper Darby, Pennsylvania 19082-4505
13433627     +Credco,    P.O Box 509124,    San Diego, California 92150-9124
13433629      Disney Movie Club,    P.O. Box 758,    Neenah, Wisconsin 54957-0758
13416047     +Firstline Financial,    766 Walker Rd. Suite D,    Great Falls, VA 22066-2650
13416048     +Infinity Indemnity Insurance c/o Credit,    PO Box 9134,    Needham, MA 02494-9134
13416050     +KML Law Group P.C.,    701 Market Street,    Suite 500,    Philadelphia, PA 19106-1538
13433634     +KML Law Group P.C.,    701 Market Street,    Suite 500,    Philadelphia, Pennsylvania 19106-1538
13433636     +Mercy Health Systems (Patient Accts., 2n,    Patient Accts., 2nd Floor, #1 West Elm S,
               Conshohocken, Pennsylvania 19428-4108
13416051     +Mercy Health Systems Patient Accts.,,    2nd Floor, #1 West Elm S,    Conshohocken, PA 19428-4108
13433637      Mercy Physician Practice Network,    P.O. Box 824270,    Philadelphia, PA 19182-4270
13416052     +Nutribullet LLC,    c/o Allied Collection Se,    8550 Balboa Blvd,    Suite 232,
               Northbridge, CA 91325-5806
13433638     +Nutribullet LLC c/o Allied Collection Se,    8550 Balboa Blvd,    Suite 232,
               Northbridge, CA 91325-5806
13433640     +Penn Credit,    Department 91047,    P.O. Box 1259,    Oaks, Pennsylvania 19456-1259
13433642     +Philadelphia College of Osteopathic Medi,    4170 City Avenue,
               Phila., , Pennsylvania 19131-1694
13416055     +Philadelphia Gas Works,    800 W. Montgomery Avenue, Bankruptcy Uni,
               Philadelphia, PA 19122-2898
13433643     +Philadelphia Gas Works,    800W. Montgomery Avenue, Bankruptcy Unit,
               Philadelphia, Pennsylvania 19122-2898
13416056     +Philadelphia Parking Bureau,    c/o Xerox So,    PO Box 41818,    Philadelphia, PA 19101-1818
13416058     +RJM Acquisition LLC,    575 Underhill Blvd,    Suite 2,    Syosset, NY 11791-3426
13416059     +Sears,    PO Box 6283,    Sioux Falls, SD 57117-6283
13433646     +Stratford Career Institute c/o Accelerat,    3219 Atlantic Blvd,    Jacksonville, FL 32207-8901
13416060     +Stratford Carreer Institute,    c/o Accelera,    3219 Atlantic Blvd,
               Jacksonville, FL 32207-8901
13433647     +The Kirby Company,    1920 West 114th Street,    Cleveland, OH 44102-2391
13480149     +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
               Harrisburg, Pennsylvania 17101-1406
13433649      Verizon,    Bankruptcy Dept., 500 Tecnology Dr.,    Suite 550,    Weldon Spring, Missouri 63304
13416040     +Verizon, Inc. / Afni, Inc,    404 Brock Dr,    PO Box 3097,    Bloomington, IL 61702-3097
13433650     +WHCGPA,    Collections Department,    P.O. Box 1109,    Oaks, Pennsylvania 19456-1109
13433651      Women's Health Care Group of PA,    P.O. Box 843292,    Boston, Massachusetts 02284-3292
13433652     +Xerox Solution,    P.O. Box 41818,    Philadelphia, PA 19101-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Aug 18 2017 01:40:40      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2017 01:40:34      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13433618       E-mail/Text: g20956@att.com Aug 18 2017 01:40:48      AT & T,    P.O. Box 537104,
               Atlanta, Georgia 30353-7104
13433617       E-mail/Text: g20956@att.com Aug 18 2017 01:40:48      AT & T,    P.O. Box 5087,
               Carol Stream, Illinois 60197-5087
13467684       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2017 01:41:47
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
13480204       E-mail/Text: bankruptcy@phila.gov Aug 18 2017 01:40:40      City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13433623       E-mail/Text: bankruptcy@phila.gov Aug 18 2017 01:40:40      City of Philadelphia,
               Law Department, 1515 Arch Street,    Philadelphia, Pennsylvania 19102
13416042      +E-mail/Text: clientrep@capitalcollects.com Aug 18 2017 01:40:55      Capital Collection Service,
               PO Box 150,    West Berlin, NJ 08091-0150
13433624      +E-mail/Text: equiles@philapark.org Aug 18 2017 01:40:51      City of Philadelphia,,
               Parking Violations,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13416044      +E-mail/Text: bankruptcy@phila.gov Aug 18 2017 01:40:40      City of PhiladelphiaLaw Department,
               1515 Arch Street,    Philadelphia, PA 19102-1595
```

```
District/off: 0313-2           User: John                  Page 2 of 3                   Date Rcvd: Aug 17, 2017
                               Form ID: 138NEW             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13433628       E-mail/Text: cio.bncmail@irs.gov Aug 18 2017 01:40:04      Department of the Treasury,
                Internal Revenue Service,    P.O. Box 9052,    Andover, Massachusetts 01810-9052
13433635       E-mail/Text: bnckohlsnotices@becket-lee.com Aug 18 2017 01:40:03      Kohls/Capone,
                17000 Ridgewood Dr.,    Menomonee Falls, Wisconsin 53051
13416053      +E-mail/Text: bankruptcygroup@peco-energy.com Aug 18 2017 01:40:07      PECO Energy,
                2301 Market Street,    Philadelphia, PA 19103-1380
13433639      +E-mail/Text: bankruptcygroup@peco-energy.com Aug 18 2017 01:40:07      PECO Energy,
                2301 Market Street,    Philadelphia, Pennsylvania 19103-1380
13437956       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2017 01:40:16
                Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
13416054       E-mail/Text: blegal@phfa.org Aug 18 2017 01:40:26      Pennsylvania Housing Finance Agency,
                ATTN: Accounting & Loan Servicing D,    211 North Front Street,    Harrisburg, PA 17101-1406
13433641       E-mail/Text: blegal@phfa.org Aug 18 2017 01:40:26      Pennsylvania Housing Finance Agency,
                ATTN: Accounting & Loan Servicing D,    211 North Front Street,
                Harrisburg, Pennsylvania 17101-1406
13416061      +E-mail/Text: blegal@phfa.org Aug 18 2017 01:40:27      US Bank National Association, Trustee for,
                211 NORTH FRONT STREET,    P.O. Box 15057,    Harrisburg, PA 17105-5057
13433648      +E-mail/Text: blegal@phfa.org Aug 18 2017 01:40:27      US Bank National Association, Tustee for,
                211 NORTH FRONT STREET,    P.O. Box 15057,    Harrisburg, PA 17105-5057
                                                                                                TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13416045       City of Philadelphia, Law Dept. -Tax Un
13433630       Disney Movie Club
13416057       Quality Asset Recovery
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
13480205*     ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
                1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
               (address filed with court: City of Philadelphia,    Law Department  Tax Unit,
                Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595)
13433621*     +Capital Collection Service,    PO Box 150,    West Berlin, NJ 08091-0150
13433625*     +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
13433631*     +Firstline Financial,    766 Walker Rd. Suite D,    Great Falls, VA 22066-2650
13433632*     +Infinity Indemnity Insurance  c/o Credit,    PO Box 9134,    Needham, MA 02494-9134
13433633*      Internal Revenue Service,    Attn Special Procedures Unit,    P.O. BOX 12051,
                Philadelphia, Pennsylvania 19105
13416049*      Internal Revenue Service,    Attn Special Procedures Unit,    P.O. BOX 12051,
                Philadelphia, PA 19105
13433644*     +RJM Acquisition LLC,    575 Underhill Blvd,    Suite 2,    Syosset, NY 11791-3426
13433645*     +Sears,    PO Box 6283,    Sioux Falls, SD 57117-6283
13433615*     +Verizon, Inc. / Afni, Inc,    404 Brock Dr,    PO Box 3097,    Bloomington, IL 61702-3097
                                                                                           TOTALS: 3, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: John                 Page 3 of 3                  Date Rcvd: Aug 17, 2017
                              Form ID: 138NEW            Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2017 at the address(es) listed below:

        ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        IRWIN LEE TRAUSS    on behalf of Debtor Lorraine  Gamble itrauss@philalegal.org, irwin@trauss.com
        IRWIN LEE TRAUSS    on behalf of Plaintiff Lorraine  Gamble itrauss@philalegal.org, irwin@trauss.com
        LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com
        LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) lhaller@pkh.com, dmaurer@pkh.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lorraine Gamble
     Debtor(s)

Bankruptcy No: 14–18727–amc
Chapter: 13

---

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 8/17/17

78 – 77
Form 138_new