Certificate Number: 03461-PAE-DE-029902406

Bankruptcy Case Number: 14-18727



03461-PAE-DE-029902406

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2017, at 8:25 o'clock PM EDT, Lorraine Bass completed a course on personal financial management given by internet by Consumer Credit Counseling Service of Delaware Valley dba Clarifi , a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 20, 2017            By:   /s/Nicole Evans

Name:   Nicole Evans

Title:   Credit Counselor