United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-18727-amc
Lorraine Gamble                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John           Page 1 of 1            Date Rcvd: Feb 05, 2018
                       Form ID: 195          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.
db              +Lorraine Gamble,    226 N. 64th Street,    Philadelphia, PA 19139-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     IRWIN LEE TRAUSS    on behalf of Debtor Lorraine  Gamble itrauss@philalegal.org, irwin@trauss.com
     IRWIN LEE TRAUSS    on behalf of Plaintiff Lorraine  Gamble itrauss@philalegal.org, irwin@trauss.com
     LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
     LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
     THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                 TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  : Chapter 13

Lorraine Gamble  : Case No. 14−18727−amc
      Debtor(s)

### ORDER
_____

AND NOW, this day , February 5, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

86
Form 195